AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

**FILED**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE
MAR 3 0 2010

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM LEON WRIGHT | |

Case No. 97CR40069-005-JPG

USM No. 04214-025

Judith Kuenneke, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant tested positive for marijuana | 01/28/2010 |
| Standard | The defendant failed to make monthly payments as ordered | 01/30/2010 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3413

Defendant's Year of Birth:   1974

City and State of Defendant's Residence:
Centralia, IL 262801

03/25/2010
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                                    District Judge
_____
Name and Title of Judge

March 30, 2010
_____
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
                   Sheet 1A

DEFENDANT: WILLIAM LEON WRIGHT
CASE NUMBER: 97CR40069-005-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 5 | The defendant failed to maintain employemnt | 11/13/2009 |
| Special | The defendant to participate in a program for urinalysis testing | 02/11/2010 |

AO 245D    Case 4:97-cr-40069-JPG    Document 313    Filed 03/30/10    Page 3 of 3    Page ID #142
(Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: WILLIAM LEON WRIGHT
CASE NUMBER: 97CR40069-005-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months (This sentence shall run concurrent with the sentence in 01-40027-01-JPG) (The Court requests that this defendant not be placed in Memphis, TN).

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant spend the last six months in a half way house and that the defendant receive drug treatment.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

 ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

 ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

 ☐ before 2 p.m. on _____ .

 ☐ as notified by the United States Marshal.

 ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL